IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:03CV00707

| | |
|---|---|
| JANE C. CALDWELL, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER OF SUBSTITUTION** |
| MICHAEL O. LEAVITT, ) Administrator for the United States ) Environmental Protection Agency, ) | |
| Defendant. ) | |

Upon motion by plaintiff, the Court is informed that Stephen L. Johnson became the Acting Administrator for the United States Environmental Protection Agency on January 25, 2005, thus succeeding Michael O. Leavitt as Administrator. Accordingly, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Stephen L. Johnson is automatically substituted as defendant in the above-entitled case.

IT IS HEREBY ORDERED that the case caption shall be amended to show Stephen L. Johnson, Acting Administrator of the United States Environmental Protection Agency, as defendant.

_____
United States District Court